UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
LAS CRUCES DIVISION

| | |
|---|---|
| ROBERTO "BOBBY" RODRIGUEZ,<br><br>    *Plaintiff*,<br><br>v.<br><br>DAVID O'REILLY,<br><br>    *Defendant*. | CASE NO.: 2:19-cv-01178-WJ-SMV<br><br>CHIEF DISTRICT JUDGE JOHNSON<br><br>MAGISTRATE JUDGE VIDMAR |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time to File Responsive Pleadings;

**IT IS ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant's deadline to file responsive pleadings is extended to January 13, 2020, with a full reservation of rights.

Signed this _17th_ day of _December_, 2019.

_____
UNITED STATS MAGISTRATE JUDGE


Submitted by:

*/s/ Jacob J. Pritt*
JOSEPH F. LAVIGNE (D. N.M. No. 19-279)
JACOB J. PRITT (D. N.M. No. 19-278)
**Jones Walker, LLP**

{N3937145.1}

201 St. Charles Avenue, Suite 5100
New Orleans, Louisiana 70170-5100
Telephone:	(504) 582-8000
Facsimile:	(504) 589-8643
Email: jlavigne@joneswalker.com
Email: jpritt@joneswalker.com

*Counsel for Defendant David O'Reilly*

Approved by:

A. Blair Dunn, Esq.
abdunn@ablairdunn-esq.com
Western Agriculture, Resource
And Business Law Advocates, LLP
400 Gold St. SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060

*Counsel for Plaintiff Bobby Rodriguez*